# Affidavit

1. Beginning in December 2024, the United States, including the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), began a criminal investigation of Aiden FRITZ and Christian GRANAT regarding violations of federal firearms laws, including the manufacturing and trafficking of machinegun conversion devices (MCDs) and privately made firearms (PMFs).

2. On or about December 2, 2024, ATF Special Agent (SA) W. Griffin Liford received information from a Louisville Metro Police Department (LMPD) confidential informant (CI) that Aiden FRITZ was utilizing a 3D printer to manufacture and traffic MCDs in Colorado Springs, Colorado. The CI is known to SA Liford to be a proven, reliable informant that has provided corroborated information to law enforcement in the past. The CI reported that he/she visited FRITZ at 4304 Prestige Point, Colorado Springs, Colorado on or about November 26, 2024, during which time FRITZ was in possession of several hundred MCDs. FRITZ reportedly offered to sell the CI MCDs and advised that he ships them to other buyers throughout the country. FRITZ provided the CI with his phone number [(614) 869-7565] during the meet.

3. On or about December 12, 2024, ATF CI 32973 conducted a recorded, controlled Facetime video call with FRITZ utilizing the phone number (614) 869-7565. During the controlled video call, FRITZ showed the CI a Glock-style MCD and described how to assemble it. FRITZ advised the MCDs were "cheap to make" and that he could make AR-platform MCDs also. FRITZ told the CI that, "It's literally just a drop in. You drop it in and then you have a fucking machinegun bro". FRITZ showed the CI a 3D printer that FRITZ advised belonged to his roommate, later identified as Christian GRANAT. The

printer was actively printing what FRITZ described as a lower receiver of a firearm. The CI inquired about FRITZ shipping MCDs out-of-state to the CI, at which time FRITZ described disassembling the MCDs prior to shipment in order to avoid being detected/seized during shipment.

4. On December 17, 2024, ATF CI 32973 conducted a recorded, controlled Facetime video call with FRITZ utilizing the phone number (614) 869-7565. When discussing FRITZ shipping MCDs to the CI, FRITZ described sending a "test run with like, just like 5 plastic ones". The CI and FRITZ discussed FRITZ concealing the MCDs inside a box of Legos. FRITZ later described how the files containing the 3D printer print codes for various MCDs and Privately Made Firearms (PMFs) are innocuously named. FRITZ advised that, "If someone, whoever gets this SD card that aint us and just goes through it is gonna be like, 'what the fuck is all this shit?'. Just everything to make the most illegal guns you can, bro.". He advised that "we have every file loaded on there. Like we have every file for every lower possible that we could do, but we've only cranked out a couple because we know they work".

5. On January 3, 2025, FRITZ sent ATF CI 32973 a photograph of an MCD via text message from phone number (614) 869-7565 and stated, "That's the drop it for .223 n up AR plat based". It is believed that FRITZ was advising that the photograph was of an AR-platform MCD. ATF Firearm Enforcement Officer (FEO) John Miller examined the photograph and confirmed the item depicted was an MCD for AR-type firearms.

6. On January 13, 2025, ATF CI 32973 conducted a recorded, controlled Facetime video call with FRITZ utilizing the phone number (614) 869-7565. FRITZ told the CI that he had MCDs ready to ship to the CI. During the video call, FRITZ could be heard telling

his roommate, "This is the dude I gotta ship these… the things to". It is believed that FRITZ was referring to shipping MCDs to the CI. FRITZ later advised the CI that his roommate acquired a new 3D printer and that they could print a "19", referring to a PMF similar to a Glock model 19 pistol, which he later showed the CI. When the CI inquired about purchasing a "lower" (firearm frame), FRITZ and his roommate were overhead discussing the matter before FRITZ stated, "We could have it essentially ready to drop a trigger in" and later stated, "We make lowers for AR-Ps too", referring to AR-style pistols. The roommate later advised that he would mail 5 MCDs to the CI for $200 total and instructed the CI to pay him through CashApp. FRITZ did not address his roommate by name; however, during the call he sent the CI a photograph of an individual holding what appeared to be an Android operating system-based phone that displayed the QR code for a CashApp account for "Christian Granat" (Cash Tag ID of $CTGranat). It should be noted in the background of the above-described photograph, what appeared to be two black polymer pistol frames and approximately four Glock-type MCDs could be seen on a bed alongside two pairs of pliers. Examination of the photograph's metadata revealed the photograph was taken with an Apple iPhone 16 Pro Max at the time of the controlled phone call. Based upon the photograph's location data, it appears the photograph was taken at 4304 Prestige Point, Colorado Springs, Colorado.

7. Investigation revealed that CashApp Cash Tag ID $CTGranat belongs to Christian Thomas GRANAT, who was issued a Colorado driver's license with a listed address of 4304 Prestige Point, Colorado Springs, Colorado as recent as November 9, 2024.

8. On January 13, 2025, utilizing an undercover (UC) CashApp account, investigators paid $200 in approved ATF Agent Cashier Funds to GRANAT's CashApp ($CTGranat).

3

When providing payment to GRANAT's CashApp account, it was noted that the payment was "for 5 legos" and that shortly after receiving the money, GRANAT responded with a heart emoji.

9. On January 14, 2025, ATF CI 32973 conducted a controlled Facetime video call with FRITZ at phone number (614) 869-7565. FRITZ advised that GRANAT purchased the Legos with which the MCDs would be concealed with and was printing the MCDs. FRITZ stated, "The drop-ins (MCDs) 1000% work, which is the scary part. With the drop-ins though, there's full auto or there's safe". FRITZ advised he would coordinate with GRANAT to ensure the MCDs got mailed to the CI. After the controlled phone call with FRITZ, the CI received a text message from FRITZ of a United States Postal Service (USPS) tracking number (tracking number 9500113501945014051700).

10. On January 15, 2025, United States Postal Inspection Service (USPIS) Postal Inspector J. Segracy advised that that the correct tracking number for the package suspected to contain MCDs was 9500113601945014051700. Postal Inspector Segracy reported that the postage was purchased with cash on January 14, 2025, from a post office located at 5755 Kittery Dr, Colorado Springs, CO 80911. It should be noted that the discrepancy between the actual tracking number and the tracking number provided by FRITZ did not appear to be intentional.

11. On January 15, 2025, ATF CI 32973 sent a text message to FRITZ advising the tracking number he provided the day prior was not working to which FRITZ replied, "Idk we sent it out yesterday tho".

12. On January 20, 2025, FRITZ sent a text message to CI 32973 asking "Touchdown?". It is believed that FRITZ was inquiring if the package containing the MCDs had arrived. The

4

CI informed FRITZ that the package had not arrived, and that the tracking number was still not working, to which FRITZ replied, "We dk why the number ain't work but it should be there by now".

13. On January 21, 2025, SA Liford received notification from Postal Inspector Segracy that the package suspected to contain MCDs had arrived at a post office in Kentucky. On the same date, SA Liford and SA Brittanie Gilliam retrieved the package and transported it to the ATF Louisville Group IV Field Office. Examination of the exterior of the shipping envelope revealed "Christian Granat, 4304 Prestige Point, Colorado Springs, CO, 80906" was handwritten in the upper left-hand side of the package under the word "From:". Examination of the contents of the package revealed 5 AR-platform MCDs were concealed inside a box of Legos. The MCDs appeared to have been made with a 3D printer. ATF FEO Miller conducted a technical examination of the MCDs shipped by GRANAT and noted that although the MCDs width prevented him from test firing the MCDs, they were machineguns and firearms subject to regulation under the purview of the National Firearms Act of 1934 (NFA). FEO Miller also reported that the MCDs did not bear NFA manufacturer's markings or identification, or serial numbers as required by 26 U.S.C. § 5842.

14. SA Liford obtained still shots of surveillance video footage from the post office in Colorado Springs, Colorado from which the package received by your affiant on January 21, 2025, was mailed. Review of the still shots confirmed Christian GRANAT was the individual who paid for the postage and mailed the package containing MCDs on January 14, 2025.

15. On February 10, 2025, ATF CI 32973 conducted a controlled Facetime video call with

FRITZ at phone number (614) 869-7565. The CI inquired about purchasing 10 "switches" (referring to Glock-style MCDs) and 5 "drop-ins" (referring to AR-platform MCDs) and having them mailed to Kentucky. FRITZ advised the CI that he would talk to GRANAT and ask how much he would charge the CI. FRITZ later informed the CI that he and GRANAT could make a 3D AR-style pistol, and that they had already made others. During the video call, FRITZ sent the CI two photographs of an unidentified white male holding an AR-style pistol that GRANAT reportedly made for GRANAT's father. Examination of the photographs' metadata revealed the photographs were taken on December 14, 2024. Based upon the photograph's location data, it appears the photograph was taken at 4304 Prestige Point, Colorado Springs, Colorado.

16. Later that same date, FRITZ sent ATF CI 32973 a text message stating, "He said $200 for the 5 drop and $20 per button so $400 all together can be shipped Wednesday due to his schedule if that works". It is believed that FRITZ was advising that GRANAT would charge $200 for 5 AR-platform MCDs and $200 for 10 Glock-style MCDs for a total of $400 and that GRANAT would ship the MCDs on Wednesday.

17. On February 11, 2025, FRITZ instructed ATF CI 32973 via text message to send payment for the MCDs to GRANAT's CashApp Cash Tag ID. The CI advised FRITZ that he/she would instead pick up the MCDs while in Colorado Springs the following week.

18. On February 13, 2025, ATF CI 32973 conducted a controlled Facetime video call with FRITZ at phone number (614) 869-7565. The CI advised that he/she would be traveling to Colorado Springs and was interested in purchasing MCDs from FRITZ and GRANAT while there. When the CI asked if FRITZ and GRANAT would be able to have that many

MCDs available for purchase, FRITZ stated, "Here's the boss right here", and provided his phone to GRANAT. GRANAT stated, "I got like 5 drop-ins (AR-platform MCDs) right now. If you want 10, I can print them out, like in an hour". It should be noted that GRANAT was observed holding what appeared to be several black AR-platform MCDs. GRANAT then advised that he would print a PMF frame for the CI. 24. The CI informed GRANAT that the AR-platform MCDs previously purchased were too wide and GRANAT stated, "Yea, I shaved these ones down (referring to the MCDs he was holding). I shaved these ones down like probably like an eighth of an inch". GRANAT continued by stating, "I even have different ones (referring to AR-platform MCDs) that have uh, on my AR that I built specially for that one 'cus the ones weren't working for them, so I edited them. LMT, do you know what an LMT lower is?". Your affiant knows that GRANAT was referencing a Lewis Machine & Tool (LMT) receiver. GRANAT later agreed to print and sell 10 AR-platform MCDs for $400, 10 Glock-style MCDs for $200, and 2 Glock 19-style PMFs for $200 ($800 total).

19. On February 19, 2025, ATF Special Agents utilized ATF CI 32973 to conduct a controlled purchase of MCDs and a PMF from FRITZ in Colorado Springs, Colorado. The CI conducted a Facetime video call with FRITZ prior to the purchase, during which time FRITZ instructed the CI to park in front of his garage (located on the rear of the PREMISES) and to call him when the CI arrived. During the call, FRITZ texted the CI his address from phone number (614) 869-7565. Prior to meeting with FRITZ, the CI was provided with pre-approved buy funds. When the CI arrived at the PREMISES, he/she called FRITZ to notify him of the CI's arrival. FRITZ opened the garage door at which time he and the CI entered the kitchen of the PREMISES. FRITZ provided the CI with a

7

Glock-style PMF and told the CI that if it broke, GRANAT would mail the CI a new one. Via technical surveillance, FRITZ was observed retrieving a handful of AR-platform MCDs from his pocket and then provided the CI with a sandwich bag labeled "LMT Functional". The bag contained 5 MCDs that reportedly fit GRANAT's Lewis Machine & Tool (LMT) AR receiver.

20. The CI and FRITZ walked to GRANAT's bedroom, located on the second floor of the PREMISES. A 3D printer was observed on a bedside table located in the corner of the bedroom. It should be noted that the bedroom appeared to be the same one shown to the CI by FRITZ during a Facetime video calls on December 12, 2024, and December 13, 2024. FRITZ was observed retrieving additional MCDs from the 3D printer and later retrieved several Glock-style MCDs from a plastic bag. A Legos box and a silver laptop were observed on GRANAT's bed, near the 3D printer. FRITZ and the CI returned to the kitchen, where the CI provided FRITZ $1000 in pre-recorded buy funds in exchange for 23 AR-platform MCDs, 14 Glock-style MCDs, and 1 Glock-style PMF frame. During the controlled purchase, the CI inquired about purchasing additional MCDs and an AR-style PMF the following day, at which time FRITZ advised he would speak with GRANAT about it. Examination of the AR-platform MCDs SA Liford revealed they were similar in appearance to the MCDs received on January 21, 2025.

21. On the same date, after the controlled purchase, ATF CI 32973 conducted a conversation via text messages with Aiden FRITZ at phone number (614) 869-7565. When the CI asked how much the 3D printed AR-receiver would cost, FRITZ replied, "Dk yet I gotta go over with my roommate tn when he gets off but we can def have it done by tomorrow or should be". Later that same date, FRITZ sent the CI a text message stating, "The lower

8

might take up to 22hrs but we got everything else done so you just gotta pick that up later tomorrow if that's all good with you. Well get a final time when we print it". The CI advised FRITZ to not print the AR-receiver due to it taking so long to print, and instead asked how much 10 "drop ins" (AR-platform MCDs) and 10 "buttons" (Glock-style MCDs) would cost. FRITZ replied, "10 more drop and 10 button 600. We got 20 drop rn made ready to go. We can do you 800 for 20 drop and 20 button to throw a package since we weren't able to make the lower in time".

22. On February 20, 2025, ATF Special Agents utilized ATF CI 32973 to conduct a controlled purchase of MCDs and a PMF from FRITZ at the PREMISES. Prior to meeting with FRITZ, the CI was provided with pre-approved buy funds. When the CI arrived at the PREMISES, he/she called FRITZ to notify him of the CI's arrival. FRITZ opened the garage door at which time he and the CI entered the kitchen of the PREMISES. Via technical surveillance, FRITZ was observed retrieving a quantity of MCDs from a purple Crown Royal bag in exchange for the pre-recorded buy funds provided by the CI. FRITZ provided the CI with 25 "buttons" (Glock-style MCDs) and 20 "drop ins" (AR-platform MCDs) and stated that, "He made 10 more", referring to GRANAT having made an additional 10 more AR-platform MCDs. FRITZ then provided the CI with a Glock-style PMF frame and stated, "and then he (GRANAT) wants me to give you this lower too.". FRITZ later gave the CI 2 additional AR-platform MCDs for a total of 22 AR-platform MCDs and placed them in a separate plastic bag than the one containing the Glock-style MCDs. Examination of the AR-platform MCDs revealed they were similar in appearance to the MCDs received on January 21, 2025, and the MCDs purchased the day prior on February 19, 2025. The Glock-style MCDs also appeared to

be similar in appearance to the MCDs purchased on February 19, 2025.

23. On February 26, 2025, ATF FEO Miller conducted a preliminary examination of the suspected MCDs and PMFs manufactured by and purchased from FRITZ and GRANAT on February 19, 2025, and February 20, 2025, and confirmed the items were in fact MCDs and PMFs in violation of federal law.

24. On March 10, 2025, ATF obtained federal search warrants in the District of Colorado authorizing the search of the persons of Aiden FRITZ and Christian GRANAT and their residence, located at 4304 Prestige Point, Colorado Springs, Colorado.

25. On March 11, 2025, ATF SAs executed federal search warrants of 4304 Prestige Point, Colorado Springs, Colorado, as well as the persons of Aiden FRITZ and Christian GRANAT.  During the execution of the warrant, GRANAT was encountered by ATF SAs inside the residence.  Prior to the start of the search, GRANAT identified his bedroom and claimed ownership of all items located inside his bedroom.

26. During the search of the residence, SAs located two hundred ninety-nine (299) "Glock-style" MCDs, three (3) "AR-style" MCDs, and four (4) "Glock-style" PMFs in GRANAT's upstairs bedroom.  SAs also located additional evidence items indicative of manufacturing and trafficking MCDs and PMFs in GRANAT's bedroom, including a 3D printer, 3D printer filament, laptop computer, thermal label printer and blank shipping labels. An LMT AR-style rifle was found hanging on the wall above GRANAT's bed, which is of significance due to FRITZ selling ATF CI 32973 MCDs made by GRANAT that were packaged in a bag labeled, "LMT Functional" on February 19, 2025.

*s/ W. Griffin Liford*
W. Griffin Liford
ATF Special Agent

10

Sworn to before me this\_\_12th\_\_ day of March, 2025.

_____
The Hon. Scott T. Varholak
United States Magistrate Judge


**Affidavit reviewed and submitted by AUSA Daniel R. McIntyre.**