IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   25-cr-94-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AIDEN FRITZ, and
2. CHRISTIAN GRANAT

    Defendants.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about March 11, 2025, in the State and District of Colorado, the defendant, AIDEN FRITZ, did knowingly possess a machine gun as defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b);

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT 2

On or about March 11, 2025, in the State and District of Colorado, the defendant, CHRISTIAN GRANAT, did knowingly possess a machine gun as defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b);

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3

From a time unknown, but no later than November 26, 2024, to a time not later than March 11, 2025, in the State and District of Colorado, the defendants, AIDEN FRITZ and CHRISTIAN GRANAT, knowingly made a firearm, to wit: a machine gun; in violation of Title 26, United States Code, Section 5861(f).

## COUNT 4

On or about January 14, 2025, in the State and District of Colorado, the defendants, AIDEN FRITZ and CHRISTIAN GRANAT, did knowingly possess a machine gun as defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b), and did aid and abet the same.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2) and 2.

## COUNT 5

On or about February 19, 2025, in the State and District of Colorado, the defendants, AIDEN FRITZ and CHRISTIAN GRANAT, did knowingly possess a machine gun as defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b), and did aid and abet the same.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2) and 2.

## COUNT 6

On or about February 20, 2025, in the State and District of Colorado, the defendants, AIDEN FRITZ and CHRISTIAN GRANAT, did knowingly possess a machine gun as defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b), and did aid and abet the same.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2) and 2.

## Forfeiture Allegation

1. The allegations contained in Counts 1 through 6 of this Indictment are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.    Upon conviction of the violation(s) alleged in Counts 3 and 4 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including but not limited to the following:

(1) The Winchester, Model SXP, 12-guage shotgun with serial number TR188150YZSP,

(2) The Lewis Machine & Tool (LMT), model Defender 2000, multi-caliber rifle with serial number LMT94068,

(3) The Glock, model 17 Gen 5, 9mm pistol with serial number BXFP634,

(4) All privately made firearms (PMFs),

(5) All machine gun conversion devices, (MCDs), and

(6) all recovered ammunition.

3.    Upon conviction of the violation(s) alleged in Counts 1 and 2 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendant's right, title, and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of such offense.

4.    If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendant:

      a)    cannot be located upon the exercise of due diligence;
      b)    has been transferred or sold to, or deposited with, a third party;
      c)    has been placed beyond the jurisdiction of the Court;
      d)    has been substantially diminished in value; or
      e)    has been commingled with other property which cannot be subdivided without difficulty

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink Signature on File in Clerk's Office</u>
FOREPERSON

J. BISHOP GREWELL
Acting United States Attorney

By:   <u>s/ Daniel R. McIntyre</u>
      DANIEL R. MCINTYRE
      Assistant United States Attorney
      United States Attorney's Office
      1801 California St., Suite 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0406
      E-mail: daniel.mcintyre@usdoj.gov