**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:25-cr-00094-JLK-2

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

2.    CHRISTIAN GRANAT;

    Defendant.

---

**UNITED STATES' RESPONSE TO THE COURT'S**
**MINUTE ORDER REGARDING SENTENCING [ECF-93]**

---

The United States of America (the government), by and through Daniel R. McIntyre, Assistant United States Attorney for the District of Colorado, submits this response to the Court's minute order regarding sentencing. [ECF-93].

On February 20, 2026, the Court issued a minute order identifying specific categories of information of particular interest in its evaluation of the sentencing factors under 18 U.S.C. § 3553(a). Specifically, the Court directed the parties to be prepared to discuss:

1) The efforts that have been made to trace the firearms and machine gun conversion devices (MCDs) manufactured by the defendants,

2) The circumstances surrounding Mr. Granat's manufacture of the firearm for his father, and

3) Mr. Granat's purchases at Puff Paradise Smoke Shop or any other marijuana dispensaries while on pre-trial release.

The government has conducted additional inquiries following receipt of the Court's minute order focused on the information identified by the Court. The government has no additional information regarding item number 3 above but has learned additional facts relevant to items 1 and 2.

Regarding the efforts to trace the MCDs manufactured by the defendant, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) has investigated one of the individuals known to have received MCDs manufactured by the defendant. Other than that individual, the only people known to have received MCDs are the 16-year-old referenced in the Presentence Investigation Report, and the defendant's father, as discussed more below. The ATF has not identified additional customers of the defendant, if any.

Regarding the firearm Mr. Granat manufactured for his father, the government understands the defendant drove from Colorado Springs to Wisconsin to visit his family over the Christmas holiday in 2024 and transported the AR-pistol to give to his father during that trip. During a later visit, he also took an MCD intended to fit the AR-pistol to give to his father.

Photographs depicting the defendant holding the privately made firearm that he manufactured and gave to his father are here[1]:

---

[1] These photographs were previously provided to the defendant in discovery and designated INV_00000109 and INV_00000110.

2





This is a screenshot of the text message Fritz sent to the confidential informant

with a photograph of the firearms during the February 10, 2025 phone call[2]:



The metadata associated with the photographs shows they were taken on December 14, 2024 at the defendants' shared apartment.

---

[2] This photograph was previously provided to the defendant in discovery and designated as INV_00000104.

Respectfully submitted this 23rd day of February, 2026.

PETER McNEILLY
United States Attorney

By:  *s/ Daniel R. McIntyre*
DANIEL R. McINTYRE
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail:  daniel.mcintyre@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of February, 2026, I electronically filed the foregoing **UNITED STATES' RESPONSE TO THE COURT'S MINUTE ORDER REGARDING SENTENCING [ECF-93]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.


*s/ Ian McCandless*
Ian McCandless
Legal Assistant

1