IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:25-cr-00094-JLK-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    CHRISTIAN GRANAT;

    Defendant.

## UNITED STATES' MOTION TO DISMISS THE INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Court to enter an order dismissing the Indictment as to this defendant only. [ECF-9]. The indictment is to be dismissed pursuant to the Plea Agreement between the parties. [ECF-59, ¶ (I)(B)]

Dated: March 2, 2026

PETER McNEILLY
United States Attorney

*s/ Daniel R. McIntyre*
Daniel R. McIntyre
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0406
E-mail:  Daniel.McIntyre@usdoj.gov
Attorney for the United States

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2026, I electronically filed the foregoing **UNITED STATES' MOTION TO DISMISS THE INDICTMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                           By: *s/ Ian McCandless*
                                                 Legal Assistant